AO 245D (Rev. 12/03) Judgment in a Criminal Case for Revocations                    #10025

## UNITED STATES DISTRICT COURT
### SOUTHERN DISTRICT OF ALABAMA

| | |
|---|---|
| UNITED STATES OF AMERICA<br>V.<br>**DARLENE McPHERSON**<br>a/k/a Darlene Lasonya McPherson | **JUDGMENT IN A CRIMINAL CASE**<br>(For **Revocation** of Probation or Supervised Release)<br><br>CASE NUMBER:   **09-00223-001**<br>USM NUMBER:      10487-003 |

**THE DEFENDANT:**                                   Dennis Knizley
                                                                **Defendant's Attorney**

(x)   admitted guilt to violation of supervision condition(s):   Special (x2) and Condition (x3)

( )   was found in violation of supervision condition(s): _____

| Violation Number | Nature of Violation | Date violation Occurred |
|---|---|---|
| Special Condition | Technical | |
| Special Condition | Technical | |
| Conditions #7, 8, 9 | Technical | |

**The defendant is sentenced as provided in pages 2 of this judgment.   The sentence is imposed pursuant to the Sentencing Reform Act of 1984.**

( )   The defendant has not violated condition(s) _____ and is discharged as to such violation(s) condition.

IT IS FURTHER ORDERED that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid.

|  |  |
|---|---|
| | March 29, 2012 |
| **Defendant's Mailing Address:** | Date of Imposition of Judgment |
| 1858 Boykin Boulevard | |
| Mobile, AL   36605 | |
| | s/Kristi K. DuBose |
| | UNITED STATES DISTRICT JUDGE |
| | April 9, 2012 |
| | Date |

AO 245D (Rev. 12/03) Judgment in a Criminal Case for Revocations: Sheet 2 - Imprisonment

Defendant: DARLENE McPHERSON, a/k/a Darlene Lasonya McPherson
Case Number:   09-00223-001

# IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total **term** of   **SIX (6) MONTHS** .

( )   The court makes the following recommendations to the Bureau of Prisons:

(X)   The defendant is remanded to the custody of the United States Marshal.

( )   The defendant shall surrender to the United States Marshal for this district:

   ( )   at ____ .m. on ____ .
   ( )   as notified by the United States Marshal.

( )   The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

   ( )   before 2 p.m. on _____ .
   ( )   as notified by the United States Marshal.
   ( )   as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

_____

_____

_____

Defendant   delivered   on   _____   to
at _____

with a certified copy of this judgment.

                                               UNITED STATES MARSHAL

                                          By:_____
                                               Deputy U.S. Marshal